No. 16. EX PARTE JUAN HERNÁNDEZ LÓPEZ.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company el 12 de marzo de 1913. Resuelta en abril 7, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

———

No. 975. EX PARTE MOLINA ET AL., PROMOVENTES Y APELADOS, v. EL PUEBLO, OPOSITOR Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelta en abril 7, 1913. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911, y 40 y 60 del Reglamento de este tribunal y con la conformidad del Sr. Fiscal. Abogado de los promoventes: *Sr. Enrique Rincón.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

———

No. 974. EX PARTE EL PUEBLO, PROMOVENTE Y APELADO, v. CANDELARIA HERNÁNDEZ, OPOSITORA Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelta en abril 7, 1913. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911, y 40 y 60 del Reglamento de este tribunal. Abogados del Pueblo: *Sres. Charles E. Foote, Fiscal,* y *Frank Martínez, Fiscal interino.* La parte contraria no compareció.

———

No. 197. EX PARTE FRANCISCO DE LA TORRE.—Solicitud para que se apruebe la fianza notarial No. 2238 otorgada por la National Surety Company el 20 de marzo de 1913. Resuelta en Abril 8, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.